**Order entered May 7, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01058-CV

**CRYOUSA IMPORT AND SALES, LLC, Appellant**

**V.**

**REVITALIZE360, LLC, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04158**

### ORDER

Before the Court is appellant's May 5, 2021 unopposed motion for an extension of time to file its combined reply/cross-appellee's brief. We **GRANT** the motion and extend the time to **July 5, 2021**.

/s/    KEN MOLBERG
       JUSTICE